UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA MACKEY-FUENTES,<br><br>           Plaintiff,<br><br>   v.<br><br>SHAW'S SUPERMARKETS, INC., RAYE WARD, JENNIFER JOHNSON, KIRBY SHIRK, and JAMES HALL,<br><br>           Defendants. | Civil Action No. |

## NOTICE OF REMOVAL

Defendants Shaw's Supermarkets, Inc. ("Shaw's"), Raye Ward, Jennifer Johnson, Kirby Shirk, and James Hall (collectively, "Defendants"), by and through their attorneys, file this Notice of Removal in accordance with 28 U.S.C. §§ 1331, 1441 and 1446, and remove this action from the Superior Court of the Commonwealth of Massachusetts for the County of Essex, where the action is now pending, to the United States District Court for the District of Massachusetts. As grounds for removal, Defendants state as follows:

1. On January 24, 2022, plaintiff Lisa Mackey-Fuentes commenced a civil action against Defendants in Essex County Superior Court entitled *Lisa Mackey-Fuentes v. Shaw's Supermarkets, Inc., Raye Ward, Jennifer Johnson, Kirby Shirk, and James Hall*, Civil Action No. 2277-cv-00064 (the "State Court Action").

2. Counsel for Defendants accepted service of process for all Defendants on April 25, 2022.

3. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) because it is being "filed within 30 days after the receipt by the defendant[s], through service or otherwise, of

a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter."

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because the allegations contained in plaintiff's complaint are based on rights and remedies conferred under federal law. *See* Compl. at Counts II, IV, VI, VIII, IX, XI. Among other things, Plaintiff asserts that Defendants intentionally and willfully violated the Family Medical Leave Act, 29 U.S.C. § 2601, et seq., ("FMLA"), the Americans with Disability Act, 42 U.S.C. § 12101, et seq. ("ADA") and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. when they discriminated against her on the basis of her gender and disability, failed to accommodate her disability and retaliated against her, ultimately terminating her employment, for complaining of discrimination and sexual harassment and for taking FMLA leave. *Id*. Thus, this is a civil action over which this Court has original "federal question" jurisdiction under 28 U.S.C. § 1331, in that the action arises under the Constitution, laws, or treaties of the United States.

5. Furthermore, the Court has supplemental jurisdiction over plaintiff's state law claims. 28 U.S.C. § 1367(a). Plaintiff's federal claims and state law claims arise from the same case or controversy because they all stem from plaintiff's allegations that Defendants discriminated against her on the basis of her disability and gender, failed to accommodate her disability and retaliated against her and terminated her employment for complaining of the alleged discrimination and for exercising her rights under FMLA. Therefore, this Court has supplemental jurisdiction over plaintiff's state law claims. 28 U.S.C. § 1367(a).

6. All Defendants consent to this removal.

7.      This Notice of Removal is being filed in the District of Massachusetts, the District Court of the United States for the district and division within which the State Court Action is pending.  28 U.S.C. §§ 1441(a) and 1446(a).

8.      Attached hereto as Exhibit A is a true and correct copy of the summonses, complaint, civil cover sheet, tracking order and endorsed order allowing motion to enlarge service period, which constitutes all process, pleadings, and orders served upon Defendants to the present date.  *See* 28 U.S.C. § 1446(a).

9.      A true and complete copy of this Notice of Removal shall be promptly filed this date with the Clerk of Court for Essex County Superior Court in accordance with 28 U.S.C. § 1446(d).  A copy of the Notice of Filing of Notice of Removal to the Essex County Superior Court is attached hereto as Exhibit B.

10.     This Notice of Removal and a Notice of Filing of Notice of Removal have also been served this day via email and first-class mail upon plaintiff's counsel of record.

WHEREFORE, Defendants respectfully request that the State Court Action be removed and hereinafter proceed in the United States District Court for the District of Massachusetts.

        Respectfully submitted,

        SHAW'S SUPERMARKETS, INC., RAYE WARD, JENNIFER JOHNSON, KIRBY SHIRK, and JAMES HALL,

        By their attorneys,

        /s/ Shea A. Miller
        Asha A. Santos, Bar No. 670861
        Shea A. Miller, Bar No. 699326
        LITTLER MENDELSON, P.C.
        One International Place
        Suite 2700
        Boston, MA  02110
        Telephone:   617.378.6000
        Facsimile:   617.737.0052
        asantos@littler.com
        samiller@littler.com

Dated: May 16, 2022

## CERTIFICATE OF SERVICE

      I, Shea A. Miller, hereby certify that, on this 16th day of May 2022, the foregoing Notice of Removal was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via email upon plaintiff's counsel of record:

Mark M. Whitney
WHITNEY LAW GROUP, LLC
11 State Street
Marblehead, MA  01945
mwhitney@whitneylawgroup.com

                                              /s/ Shea A. Miller
                                              Shea A. Miller

4883-8512-9757.1 / 104205-1004