# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

LISA MACKEY-FUENTES
Plaintiff

                        CIVIL ACTION
                        NO. 1:22CV10749-WGY

V.

SHAW'S SUPERMARKETS, INC. ET AL
Defendants

## SETTLEMENT ORDER OF DISMISSAL

YOUNG, DJ

    The Court having been advised on September 9, 2022 that the above-entitled action has been settled:

    **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                              By the Court,

September 12, 2022                         /s/ Matthew A. Paine
Date                                             Deputy Clerk